No. 11–382. PALMER, WARDEN v. COOPER. C. A. 9th Cir. Certiorari denied.

No. 11–390. MARRO v. FAUQUIER COUNTY BOARD OF SUPERVISORS. Sup. Ct. Va. Certiorari denied.

No. 11–404. BURNS ET AL. v. PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–406. DIMECO v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 11–411. DEL-RAY BATTERY CO. ET AL. v. DOUGLAS BATTERY CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–422. STIERHOFF v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 11–435. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–5005. WILLIAMS v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 11–5294. BARTELT v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 11–6123. WATKINS v. JOHNSON, SUPERINTENDENT, FRANKLIN PARISH SCHOOL BOARD, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6160. WESTON v. PRELESNIK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6164. HOBSON v. CAMPBELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6176. HINES v. HARRINGTON, WARDEN. C. A. 9th Cir. Certiorari denied.

